# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02080-JLK

ARVALEE BECKER,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20) is GRANTED. The Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and the case is **REMANDED** for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision on the question of Plaintiff's eligibility for disability insurance benefits and supplemental security income for the period relevant to this case. The Appeals Council will direct the ALJ to explicitly discuss the July 2005 "Work Evaluation Final Report" from the Colorado State

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58, consistent with *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Department of Rehabilitation (located in Exhibit B10E) and take any other actions necessary to develop the record.

Dated March 19, 2015.

                                                *s/John L. Kane*
                                                SENIOR U.S. DISTRICT JUDGE