IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02080-JLK

ARVALEE BECKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

.

    The Stipulated Motion for Attorney Fees (Doc. 24) is APPROVED.   It is hereby ORDERED that Plaintiff is awarded $5,092.50 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Arvalee Becker
    c/o Frederick W. Newall, esq.
    730 North Weber #101
    Colorado Springs, CO 80903

June 8, 2015
Denver, Colorado

    JOHN L. KANE
    SENIOR U.S. DISTRICT JUDGE

Submitted by:

For Plaintiff:

/s/ Frederick W. Newall [1]
FREDERICK W. NEWALL
730 North Weber #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado
J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

By: /s/ M. Thayne Warner
M. THAYNE WARNER
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, CO 80202-4003
Telephone: (303) 844-7237
thayne.warner@ssa.gov

Of Counsel:
John Jay Lee, Regional Chief Counsel
1961 Stout Street, Suite 4169
Denver, CO 80202-4003

---

[1] Electronic signature authorized by email on June 1, 2015.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff's attorney.

/s/ M. Thayne Warner
M. Thayne Warner
Special Assistant U.S. Attorney